**No. 58688.**—Manhattan Novelty Corp. *v.* United States, protest 239481–K (New York).

Opinion by WILSON, J.   It was stipulated that the merchandise and issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519).   In accordance with stipulation of counsel and following the cited case, the protest was dismissed, and the matter was remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).

**No. 58689.**—New York Merchandise Co., Inc. *v.* United States, protest 226601–K (Los Angeles).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of glass bead Christmas tree ornaments similar in all material respects to those the subject of *Walco Bead Co., Inc.* v. *United States* (29 Cust. Ct. 62, C. D. 1445), the claim of the plaintiff was sustained.

**No. 58690.**—Clarence S. Holmes *v.* United States, protests 220390–K and 225280–K (Seattle).

Opinion by WILSON, J.   In accordance with oral stipulation of counsel that the merchandise consists of "fillets of fish other than cod, cusk, haddock, hake, pollock and rosefish," the claim of the plaintiff was sustained.

**No. 58691.**—Roberts, Reilly & Sons *v.* United States, protest 232392–K (New York).

Opinion by WILSON, J.   An examination of the official papers failing to disclose any reason for disturbing the action of the collector, which was presumptively correct, the protest was overruled.